AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

In the matter of the search of email accounts
Alissa.Broome76@gmail.com and
Furry.ninicandy@gmail.com stored at Google, Inc.

) ) ) ) ) ) Case No.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

~~located in the~~ _____ ~~District of~~ _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252 | Possessing, Receiving, or Viewing Child Pornography |
| 18 U.S.C. 2252(a) | Distributing Child Pornography |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Richard B. Starnes, USACIDC
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 1, 2017

*Judge's signature*

City and state: Columbia, South Carolina

Hon. Paige J. Gossett, U.S. Magistrate Judge
*Printed name and title*